## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**JEANNETTE WEATHERSBY, as the**
**Administratrix of the Estate of JESSICA**
**S. WEATHERSBY, DECEASED,**                                        **PLAINTIFF,**

**VS.**                                        **CIVIL ACTION NO. 4:04CV298-P-B**

**GENERAL MOTORS CORPORATION, ET AL.,**                          **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiff's Motion for Reconsideration [53-1] of the

court's October 5, 2006 Order denying the Plaintiff's motion for voluntary dismissal without

prejudice. After due consideration of the motion to reconsider, the court finds that it should be

denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion for

Reconsideration [53-1] is **DENIED**.

**SO ORDERED** this the 17th day of October, A.D., 2006.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE